Andrew L. Chang (SBN 222309)
achang@shb.com
Jason M. Richardson (SBN 250916)
jmrichardson@shb.com
One Montgomery Street, Suite 2600
San Francisco, California 94104
Telephone: (415) 554-1900
Facsimile: (415) 391-0281

Attorneys for nVent Thermal LLC

Joshua S. Falakassa, Esq. (SBN 251563)
FALAKASSA LAW, P.C.
1901 Avenue of the Stars, Suite 450
Los Angeles, California 90067
Tel: (818) 456-6168; Fax: (888) 505-0868
Email: josh@falakassalaw.com

Attorneys for Plaintiff Robert Daniel Brehm

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT DANIEL BREHM, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>nVENT THERMAL LLC a Delaware corporation; and DOES  1 through 20, inclusive,<br><br>Defendants. | Case No. 2:19-cv-02259-TLN-CKD<br><br>**JOINT STIPULATION TO CONTINUE DISCOVERY DEADLINES IN LIGHT OF COVID-19 DISRUPTIONS AND ORDER** |

Pursuant to Eastern District of California Local Rules 143 and 144 Plaintiff Robert Daniel

Brehm ("Plaintiff") and Defendant nVent Thermal LLC ("nVent") (collectively referred to as the

Parties" hereinafter) jointly stipulate as follows:

WHEREAS, this Court entered an initial case management order on November 8, 2019

ordering that all discovery, with the exception of expert discovery, be completed within 240 days

from the date upon which the last answer may be filed;

WHEREAS, the Parties have diligently begun discovery in this matter, including

1 exchanging written discovery requests and document production;

2     WHEREAS, in order to continue and complete the discovery process, both Parties need

3 time to schedule and complete further discovery including depositions, third-party

4 discovery/depositions and investigation;

5     WHEREAS, neither party has sought any continuances previously in this case for any

6 existing deadlines set by the Court;

7     And WHEREAS the current COVID-19 pandemic has caused significant disruption and

8 hardship for both Parties, including rendering parties to be deposed unavailable for depositions,

9 delaying production of documents requested, straining resources that would otherwise be devoted

10 to this litigation, and rendering individuals who otherwise would have assisted in this discovery

11 process unavailable;

12     NOW, THEREFORE Plaintiff and nVent jointly stipulate and request that the discovery

13 deadline be continued 120 days from its existing date, and also that the expert discovery deadline

14 be continued to a date 60 days after the close of fact discovery.

15 IT IS SO STIPULATED.

16 Dated: May 28, 2020                         SHOOK, HARDY & BACON L.L.P.

17

18                                             By:   */s/ Jason M. Richardson*
                                                    JASON M. RICHARDSON

19                                                  Attorneys for Defendant
20                                                  nVent Thermal LLC

21 Dated:  May 28, 2020                        FALAKASSA LAW, P.C.

22

23                                             By:   */s/ Joshua S. Falakassa*
                                                    JOSHUA S. FALAKASSA

24                                                  Attorneys for Plaintiff
25                                                  Robert Daniel Brehm

26

27

28

1

2

### **ORDER**

3

The Court, having reviewed the Parties' Stipulation above, and good cause therefore

4

appearing, hereby orders that the fact discovery deadline in this case be continued 120 days from the

5

date initially set forth in this Court's initial November 8, 2019 case management order. The Court

6

further orders that all deadlines triggered by the close of fact discovery, including expert discovery

7

and dispositive motion deadlines, also be continued 120 days pursuant to this Order.

8

**IT IS SO ORDERED.**

9
Dated:  May 28, 2020

10

11

Troy L. Nunley
United States District Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

JOINT STIPULATION AND ORDER
CASE NO. 2:19-cv-02259-TLN-CKD