Andrew L. Chang (SBN 222309)
achang@shb.com
Jason M. Richardson (SBN 250916)
jmrichardson@shb.com
One Montgomery Street, Suite 2600
San Francisco, California 94104
Telephone: (415) 554-1900
Facsimile: (415) 391-0281

Attorneys for nVent Thermal LLC

Joshua S. Falakassa, Esq. (SBN 251563)
FALAKASSA LAW, P.C.
1901 Avenue of the Stars, Suite 450
Los Angeles, California 90067
Tel: (818) 456-6168; Fax: (888) 505-0868
Email: josh@falakassalaw.com

Attorneys for Plaintiff Robert Daniel Brehm

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT DANIEL BREHM, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>nVENT THERMAL LLC a Delaware corporation; and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No. 2:19-cv-02259-TLN-CKD<br><br>**JOINT STIPULATION TO FURTHER CONTINUE DISCOVERY DEADLINES IN LIGHT OF SCHEDULED MEDIATION AND COVID-19 DISRUPTIONS AND ORDER** |

Pursuant to Eastern District of California Local Rules 143 and 144 Plaintiff Robert Daniel Brehm ("Plaintiff") and Defendant nVent Thermal LLC ("nVent") (collectively referred to as the Parties" hereinafter) jointly stipulate as follows:

WHEREAS, this Court entered an initial case management order on November 8, 2019 ordering that all discovery, with the exception of expert discovery, be completed within 240 days from the date upon which the last answer may be filed;

WHEREAS, pursuant to the parties' stipulation and proposed order continuing discovery

1  deadlines in light of COVID-19 health and logistical concerns, this Court previously ordered that
2  this previous deadline be continued 120 on May 29, 2020;
3      WHEREAS, both parties are actively engaged in formal discovery, having served written
4  discovery requests and responses, and having both begun exchange of documents pursuant to those
5  requests;
6      WHEREAS, the parties have not yet had a chance to conduct depositions in this case
7  because COVID-19 health concerns and related logistical considerations have prevented this from
8  taking place;
9      WHEREAS, the parties nonetheless wish to move the case forward with the goal of
10 reaching a mutually agreeable resolution expeditiously if possible;
11     WHEREAS, the parties have agreed to the selection of Eve Wagner to conduct a private
12 mediation;
13     WHEREAS, the first available date for mediation with Ms. Wagner and both parties is
14 December 23, 2020;
15     WHEREAS, the parties have scheduled a mediation to occur with Ms. Wagner on
16 December 23, 2020 in this case, while refraining from moving forward with depositions in the
17 meantime in light of COVID-19 health concerns, with the goal of settling this matter at mediation
18 if possible without the need to move forward with such depositions,
19     WHEREAS, the parties wish to preserve their ability to complete discovery – including
20 depositions – after conducting mediation with Ms. Wagner in the event the case does not settle on
21 December 23, 2020
22     NOW, THEREFORE Plaintiff and nVent jointly stipulate and request that the discovery
23 deadline be continued for an additional 150 days from its existing date so that mediation may be
24 completed this December, and so that remaining depositions may be completed in the months to
25 immediately follow in the event the case does not settle at the December 23, 2020 mediation. The
26 parties also stipulate and request that the expert discovery deadline be continued to a date 60 days
27 after the close of fact discovery.
28 IT IS SO STIPULATED.

Dated: August 25, 2020                                    SHOOK, HARDY & BACON L.L.P.

                                                By:  */s/ Jason M. Richardson*
                                                     JASON M. RICHARDSON

                                                     Attorneys for Defendant
                                                     nVent Thermal LLC

Dated:  August 25, 2020                                   FALAKASSA LAW, P.C.

                                                By:  */s/ Joshua S. Falakassa*
                                                     JOSHUA S. FALAKASSA

                                                     Attorneys for Plaintiff
                                                     Robert Daniel Brehm

## **ORDER**

The Court, having reviewed the Parties' Stipulation above, and good cause therefore appearing, hereby orders that the fact discovery deadline in this case be continued 150 days from the date previously set by this Court's May 29, 2020 Order. The Court further orders that all deadlines triggered by the close of fact discovery, including expert discovery and dispositive motion deadlines, also be continued 150 days pursuant to this Order.

**IT IS SO ORDERED.**

Dated:  August 25, 2020

                                                     Troy L. Nunley
                                                     United States District Judge